14-697-CR

Cause NO. 2013 cr 8675

THE STATE OF TEXAS

VS.

Leslie Collins

IN THE DISTRICT COURT

290th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

2015 JAN -5 PM 2:59

FILED IN THE COURT OF APPEALS AT SAN ANTONIO

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Leslie B Collins , Appellant in the above styled and numbered cause, and requests that this cause on appeal be dismissed and in support of said motion would show the Court the following:

### I.

Appellant was convicted under the trial court case number on the 16 day of September , 2014 , of the charge of Theft Under 1500 Ehhmeen , a violation of Section 31.01 of the Texas Penal/Health & Safety Code.

### II.

03rd October

On the 24 day of September , 2014 , Appellant gave notice of appeal in said cause to the 4th Court of Appeals, San Antonio, Texas.

### III.

Appellant is aware of his right to continue to prosecute his appeal, and is aware of the consequences should the appeal be dismissed. However, Appellant desires to withdraw from the appellate process at this time and no longer wishes to pursue any changes in the trial court's verdict or decision.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that his notice of appeal be dismissed by the Appellate Court.

Respectfully submitted,

_E.F. Shaughnessy_
Attorney for Appellate

_[signature]_
Appellate

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _27_ day of _December_, _2014_, a true and correct copy of the above and foregoing Motion to Dismiss Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_[signature]_
Appellate

Willins Leslie
56B5492, 9422
200 N Comal
SATX 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN -5 PM 2: 59

Keith E. Hottle
KEITH — HOTTLE, CLERK

4th Court of Appeals
300 DoloRosa Ste 3200
San Antonio TX
78205

neopost
12/30/2014
US POSTAGE $000.48°

ZIP 78205
041M12250025

FIRST-CLASS MAIL